IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER

      Plaintiff,                     No. CIV S-11-0636 DAD (TEMP) P

    vs.

PHILLIPS, et al.

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On March 21, 2011, the court ordered plaintiff to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, as required under 28 U.S.C. § 1915(a)(2). In that order the court emphasized that the trust account statement must be certified, yet plaintiff has submitted to the court another copy of his trust account statement without the usual stamp of certification provided by the California Department of Corrections and Rehabilitation. The court notes that plaintiff has been granted leave to proceed in forma pauperis in other actions in this court, and therefore is apparently

/////

1 familiar with the documentation required under 28 U.S.C. § 1915(a)(2).[1]  Plaintiff will be
2 provided a final opportunity to submit a certified copy of his prison trust account statement.
3 　　　　　In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
4 submit, within thirty days from the date of this order, a certified copy of his prison trust account
5 statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's
6 failure to comply with this order will result in a recommendation that this action be dismissed
7 without prejudice.
8 DATED: April 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
walk0636.3c.new

---

[1] See Walker v. Whitten, et al., Civil Action No. 2:09cv0642 WBS GGH (TEMP) P.

2